IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CORINNE STERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-0697-WKW (WO) |
| | ) | |
| STATE OF ALABAMA DEPARTMENT | ) | |
| OF FORENSIC SCIENCES, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the defendant's Motion to Withdraw its motion to dismiss (Doc. # 7), it is ORDERED that the motion to withdraw is GRANTED.

DONE this 25th day of September, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE